# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELGIN WALTER JOHNSON,<br><br>　　　　　Defendant. | Case No.: CR 99-0119-ABC-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

FILED CLERK, U.S. DISTRICT COURT — AUG - 1 2014 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of California__ for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　[X]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of current background information regarding employment, community ties, and bail resources__

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of alleged violations; prior criminal record

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/1/14

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE